IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EZEKIEL M. MOTEN,

        Petitioner,               No. CIV S-08-1613 GGH P

   vs.

T. FELKER,

        Respondent.         ORDER

_____/

        By Order, filed on 8/01/08, petitioner, a state prisoner proceeding pro se, who filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, was directed, within thirty days, to file an in forma pauperis affidavit or to pay the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner has timely filed the requisite in forma pauperis application and will be granted leave to proceed in forma pauperis.  Petitioner has also consented to the jurisdiction of the undersigned.  Respondent must file the appropriate form entitled "Consent to Proceed Before United States Magistrate Judge," within 10 days of the filed date of this Order.

        Respondent, on 8/28/08, filed a motion to dismiss the petition, to which petitioner must file his opposition within thirty days of the date of this Order.  Failure to do so will result in a recommendation of dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

2. The Clerk of the Court must provide respondent with a copy of the form entitled "Consent to Proceed Before United States Magistrate Judge," and respondent must inform the court within ten (10) days whether its consents to or declines such jurisdiction;

2. Petitioner must file an opposition to the motion to dismiss, filed on 8/28/08 (# 6), within thirty days of this Order. Failure to file a timely opposition will result in a recommendation that this petition be dismissed.

DATED: 09/08/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
mote1613.dsc